# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 11-3460

———————

Christopher Baldwin,                *
                                     *

        Appellant,        *

                                     *   Appeal from the United States

     v.                     *   District Court for the

                                     *   Western District of Missouri.

Harley Davidson Motor Company  *

Group, Inc.,               *   [UNPUBLISHED]

                                     *

        Appellee.        *

———————

Submitted: June 11, 2012
Filed: June 14, 2012

———————

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

———————

PER CURIAM.

In this action claiming employment-related discrimination and retaliation, Christopher Baldwin appeals the district court's[1] adverse grant of summary judgment. Upon careful de novo review, see Torgerson v. City of Rochester, 643 F.3d 1031, 1042 (8th Cir.) (en banc), cert. denied, 132 S. Ct. 513 (2011), we conclude that the grant of summary judgment was proper for the reasons stated by the district court.

—————————————

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B. We also deny Baldwin's pending motion.

_____